UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-38319 |
|---|---|
| HAROLD R FAGALY | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3995827**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 28 | ADAMS COUNTY HOSPITAL<br>210 N WILSON DR<br>WEST UNION, OH  45693 | 4.61 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 2/1/2010

Certificate of Service 04-38319

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

HAROLD R FAGALY
PO BOX 12
JEFFERSONVILLE, OH  43128

SHANNON M TREYNOR
63 N MAIN ST
LONDON, OH  43140

(28.1)
ADAMS COUNTY HOSPITAL
210 N WILSON DR
WEST UNION, OH  45693

(62.1n)
RECOVERY MANAGEMENT SYSTEMS CO
FOR PALISADES COLLECTION LLC
25 SE 2ND AVENUE SUITE 1120
MIAMI, FL  33131

(61.1n)
RICHARD M HAINES
PNC CENTER  SUITE 800
201 EAST 5TH STREET
CINCINNATI, OH  45202

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      cs